| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Elrod, Jennifer W. | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>06/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Circuit Court of Appeals, Active Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>515 Rusk Avenue, 12th Floor<br>Houston, TX 77002-2603 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Regents Member | Baylor University |
| 2. | Board Member | Houston Urban Debate League |
| 3. | Board Member | Garland R. Walker American Inn of Court |
| 4. | Board Member | Federal Judges Association |
| 5. | Advistory Board Member | Baylor University Center for Christian Music Studies |
| 6. | Emeritus Board Member (non-voting) | Texas Center for Legal Ethics |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. | 2014 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Allconnect, Inc - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baylor University | 2/13/2014-2/14/2014 | Waco, TX | Board Meeting | Lodging and Meals |
| 2. | Fed Soc/Stanford and Berkeley Law Schools | 3/17/2014-3/18/2014 | Palo Alto, CA and Berkely, CA | Speaking to law students | Travel and Meals |
| 3. | Baylor University | 4/11/2014-4/12/2014 | Waco, TX | Planning Meetinga at Law School | Lodging and Meals |
| 4. | Dallas Bar Assn | 05/02/2014 | Dallas, TX | Speaking to Attorneys for Law Day | Travel and Meals |
| 5. | Federal Judges Association | 05/03/2014-05/04/2014 | Washington, DC | Board Meeting | Travel, Lodging, and Meals |
| 6. | Baylor University | 05/15/2014-05/16/2014 | Waco, TX | Board Meeting | Lodging and Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Elrod, Jennifer W. | 06/06/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | American Law Institute | 05/19/2014-05/21/2014 | Washington, DC | Annual Conference | Travel, Lodging, and Meals |
| 8. | Baylor University | 07/16/2014-07/18/2014 | Waco, TX | Board Meeting | Lodging and Meals |
| 9. | Dallas Bar Assn. | 09/09/2014 | Dallas, TX | Speaking to Attorneys | Travel and Meals |
| 10. | Fec Soc/UT Law School | 10/02/2014 | Austin, TX | Speaking to law students | Meal |
| 11. | Fed Soc/Harvard Law School | 10/06/2014 | Cambridge, MA | Speaking to law students | Travel and Meals |
| 12. | Baylor University | 10/23/2014 | Waco, TX | Board Meeting | Meal |
| 13. | Baylor University | 10/31/2014-11/02/2014 | Waco, TX | Board Meeting | Meals |
| 14. | Federalist Society | 11/12/2014-11/13/2014 | Washington, DC | Speaking at Convention | Travel, Lodging, and Meals |
| 15. | Apppellate Judges Education Institute | 11/15/2014-11/16/2014 | Dallas, TX | Speaking at Conference | Lodginga and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Balanced Fund | C | Dividend | L | T | | | | | |
| 2. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 3. Fidelity Government Income(X) | A | Dividend | K | T | | | | | |
| 4. Fidelity Growth & Income Fund | A | Dividend | K | T | | | | | |
| 5. Fidelity Real Estate Investment | A | Dividend | K | T | | | | | |
| 6. Fidelity Short Term Bond | A | Dividend | J | T | | | | | |
| 7. Fidelity Small Cap Stock | D | Dividend | | | Sold | 12/31/14 | K | E | |
| 8. Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 9. IShares Core S&P Total US Stock | B | Dividend | K | T | Sold (part) | 12/31/14 | K | D | |
| 10. IShares Core Total US Bond | B | Dividend | L | T | | | | | |
| 11. IShares Trust MSCI Total Intl Stk | B | Dividend | M | T | | | | | |
| 12. Janus Fund Class T | D | Dividend | K | T | Sold (part) | 11/25/14 | J | D | |
| 13. JH Total Stock Mkt Index Fund 401k | A | Int./Div. | J | T | | | | | |
| 14. Landus International Marketmasters Fund(X) | B | Dividend | M | T | | | | | |
| 15. Fidelity Merger Fund | A | Dividend | J | T | | | | | |
| 16. Perkins Mid Cap Value Fund | D | Dividend | K | T | Sold (part) | 11/25/14 | J | A | |
| 17. Pimco Short Term Admin SHS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco Total Return Admin SHS | A | Dividend | J | T | | | | | |
| 19. SCH US AGG Bond ETF | A | Dividend | L | T | Buy (add'l) | 12/08/14 | K | | |
| 20. Schwab MarketMgr International | B | Dividend | L | T | | | | | |
| 21. Schwab Small Cap Index Fund | C | Distribution | L | T | | | | | |
| 22. Schwab Total Stk Market | D | Dividend | O | T | Donated (part) | | | | |
| 23. Templeton Global Bond | A | Dividend | J | T | | | | | |
| 24. Vanguard Lifestrategy Growth | C | Dividend | M | T | | | | | |
| 25. Vanguard College Savings Iowa 529 Age - based Savings Track A | A | Dividend | K | T | | | | | |
| 26. Texas County and District Retirement System | A | Interest | J | T | | | | | |
| 27. Employee Retirement System of Texas | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Elrod, Jennifer W. | 06/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 14: This investment was aquired 11/11/2013, but was inadvertently left of the 2013 report. Noted as per Instructions page 39.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer W. Elrod**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544